# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 Case No. 12-18840 |
| | ) |
| Dehra Battle | ) Bankruptcy Judge Jessica Price Smith |
| | ) |
| Debtor | ) |

### AMENDED MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

Now comes Sheldon Stein, the Chapter 7 Trustee herein, and respectfully represents to the court as follows:

1. The debtors filed a petition under Chapter 7 of Title 11, U.S.C. on September 29, 2011 ("Petition Date"). The movant is the appointed Chapter 7 Trustee in the debtors' case.

2. According to testimony at the §341 meeting of creditors and Amended Schedule B, the debtor owned, on the petition date, a 2007 Ford Edge, vin no. 2FMDK49C87BB18432.

3. According to the NADA Office Used Car Guide, the vehicle has an average trade-in value of $12,600.00, and an average auction value of $13,049, Kelly Blue Book says that the average private party sale value of this vehicle is $14,947.00 and also says that the average trade-in value is $21,437.00. The debtor has claimed exemptions on Amended Schedule C of $4,600.00.

4. In accordance with 11 U.S.C. §541 the equity in this vehicle is property of the estate and subject to turnover to the movant.

5. Therefore, the movant respectfully moves the court, pursuant to 11 U.S.C. §542(a), for an order requiring the debtor to immediately turnover to the movant the vehicle described in

paragraph 2, above, and for such other relief as the court deems just.

WHEREFORE, the movant respectfully moves the court, pursuant to 11 U.S.C. §542(a), for an order requiring the debtor to immediately turnover to the movant the vehicle described in paragraph 2, above, and for such other relief as the court deems just.

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
50 Public Square, Ste. 400
P.O. Box 5606
Cleveland, OH 44101
(216) 696-7449
(216) 696-5329 (fax)
sstein@epiqtrustee.com

Certificate of Service

I certify that on April 11, 2013, a true and exact copy of this document was served:

Via the Courts Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Faye Dian English    bknotice@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Sheldon Stein    sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com
- Sam Thomas    sam@st3attorney.com,

A hearing is scheduled on the foregoing motion in courtroom 2B of the United States Bankruptcy Court, H. M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114, on May 7, 2013, at 9:30 a.m. to consider any written opposition to this matter which is filed and served no later than seven calendar days preceding the date scheduled for such hearing. If no opposition to this matter is filed and served within such time, the motion may be granted without a hearing.

/s/ Sheldon Stein
Sheldon Stein, Trustee

# NADA Official Used Car Guide
Thursday, April 11, 2013

## Vehicle Summary NADA Auction Value

| | | | |
|---|---|---|---|
| **Period:** | Data Period: 4/8/2013 - 4/14/2013 | | |
| **Region:** | Central | **Reference #:** | |
| **Vehicle Description:** | 2007 FORD TRUCK Edge-V6 Wagon 4D SEL Plus AWD | **VIN:** | 2FMDK49C87BB18432 |
| **Mileage:** | 82,500 | | |

| | Low Auction Value | Average Auction Value | High Auction Value |
|---|---|---|---|
| **NADA Adjusted Value*:** | $10,574 | $13,049 | $15,549 |

## Options:

*Auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.

# NADA Official Used Car Guide
Thursday, April 11, 2013

## Vehicle Summary NADA Values

**Region:** Central - April 2013  **Reference #:**

**Vehicle Description:** 2007 FORD TRUCK
Edge-V6
Wagon 4D SEL Plus AWD

**VIN:** 2FMDK49C87BB18432

**MSRP:** $30,720  **Weight:** 0

**Mileage:** 82,500

| | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Value | $11,400 | $12,650 | $13,650 | $12,300 | $16,625 |
| Optional Equipment | | | | | |
| Option Total | $0 | $0 | $0 | $0 | $0 |
| Mileage Adjustment | $0 | $0 | $0 | $0 | $0 |
| Total NADA Official Used Car Guide Values | $11,400 | $12,650 | $13,650 | $12,300 | $16,625 |

NADA assumes no responsibility or liability for any errors or omissions
or any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of
NADA Used Car Guide, NADASC.



## Kelley Blue Book  The Trusted Resource



advertisement  why ads?

### Your Blue Book® Value



# 2007 Ford Edge
Style: SEL Plus Sport Utility 4D
Mileage: 82500

### Private Party Value

| | |
|---|---|
| Excellent | **$15,847** |
| Very Good | **$15,347** |
| Good | **$14,947** |
| Fair | **$13,447** |

### Vehicle Highlights

| | |
|---|---|
| MPG: City 16/Hwy 22 | Max Seating: 5 |
| Doors: 4 | Engine: V6, 3.5 Liter |
| Drivetrain: AWD | Transmission: Automatic |
| EPA Class: Sport Utility Vehicles | Body Style: Sport Utility |
| Country of Origin: United States | Country of Assembly: United States |

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
V6, 3.5 Liter
**Transmission**
Automatic
**Drivetrain**
✓ AWD
**Braking and Traction**
Traction Control
Stability Control
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks
Cruise Control
**Steering**
Power Steering
Tilt Wheel
**Entertainment and Instrumentation**
AM/FM Stereo
**Safety and Security**
Dual Air Bags
Side Air Bags

**Seats**
Power Seat
Leather
**Wheels and Tires**
Alloy Wheels

## New Cars You Might Like

 2013 Ford Edge

 2013 Jeep Grand Cherokee

 2013 Kia Sorento



**Kelley Blue Book** The Trusted Resource



State Farm offers discounts up to 40%* on auto insurance.   **StateFarm**™
*Not available in all states.   Get A Quote ▸

advertisement     why ads?

### Your Blue Book® Value



# 2007 Ford Edge
Style: SEL Plus Sport Utility 4D
Mileage: 82500

### Trade-In Value

Excellent
**$13,287**

Very Good
**$12,987**

Good
**$12,437**

Fair
**$10,962**

### Vehicle Highlights

| | |
|---|---|
| MPG: City 16/Hwy 22 | Max Seating: 5 |
| Doors: 4 | Engine: V6, 3.5 Liter |
| Drivetrain: AWD | Transmission: Automatic |
| EPA Class: Sport Utility Vehicles | Body Style: Sport Utility |
| Country of Origin: United States | Country of Assembly: United States |

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
   V6, 3.5 Liter
**Transmission**
   Automatic
**Drivetrain**
   ✓ AWD
**Braking and Traction**
   Traction Control
   Stability Control
   ABS (4-Wheel)

**Comfort and Convenience**
   Air Conditioning
   Power Windows
   Power Door Locks
   Cruise Control
**Steering**
   Power Steering
   Tilt Wheel
**Entertainment and Instrumentation**
   AM/FM Stereo
**Safety and Security**
   Dual Air Bags
   Side Air Bags

**Seats**
   Power Seat
   Leather
**Wheels and Tires**
   Alloy Wheels

## New Cars You Might Like

 2013 Ford Edge

 2013 Jeep Grand Cherokee

 2013 Kia Sorento

12-18840-jps    Doc 23    FILED 04/11/13    ENTERED 04/11/13 14:46:50    Page 6 of 6